IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GREEN,<br><br>            Petitioner,<br><br>    v.<br><br>D. K. SISTO, Warden, et al.,<br><br>            Respondents. | CIV S-07-2741 JAM KJM P<br><br>**ORDER** |

Respondents have requested an extension of time to respond to Petitioner's petition for writ of habeas corpus (docket no. 10). Good cause appearing,

IT IS HEREBY ORDERED THAT Respondents are granted an extension of time of thirty (30) days, up to and including July 30, 2008, to file a response to the petition for writ of habeas corpus.

Dated: June 18, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1