IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GREEN,** | CIV S-07-2741 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden, et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to respond to Plaintiff's petition for writ of habeas corpus (docket no. 12).  Good cause  appearing.

IT IS HEREBY ORDERED THAT Respondents are granted an extension of time of thirty (30) days, up to and including August 29, 2008, to file a response to the petition for writ of habeas corpus.

Dated: July 28, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1