# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| WILLIAM GREEN | CASE NUMBER |
|---|---|
| PETITIONER | CIV S-07-2741 VAP (HC) |
| v. | |
| D.K. SISTO, WARDEN | **ORDER RE: CERTIFICATE OF APPEALABILITY** |
| RESPONDENT. | |

On ___2/12/10___, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☒ The Certificate of Appealability is **DENIED** for the following reason(s):
  ☒ There has been no substantial showing of the denial of a constitutional right.
  ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
  ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

___3/2/10___  _(signature)_ Virginia A. Phillips
Date              United States District Judge